Meena Pallipamu, WSBA #31870
Meena Pallipamu Immigration Law, PLLC
4444 Woodland Park Ave N Suite 203
Seattle, WA 98103
Telephone: (206) 419-7332
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF WASHINGTON

| | |
|---|---|
| Z.A.,<br><br>        Plaintiff,<br><br>        v.<br><br>David B. Wetmore, Chief Appellate Judge for the Board of Immigration Appeals; Mary Cheng, Acting Director of the Executive Office for Immigration Review; Merrick Garland, Attorney General, Department of Justice,<br><br>        Defendants. | Civil Action No. 24-civ-1325-TL<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER |

**[PROPOSED] ORDER**

    It is so **ORDERED**. The case will proceed under pseudonym and request for protection order is granted.

    DATED this 17th day of Steptember, 2024.

_____
Hon. Tana Lin
United States District Judge