District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Z.A.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID B. WETMORE, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01325-TL<br><br>STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>October 25, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the Board of Immigration Appeals ("BIA") to adjudicate his administrative appeal. The BIA has adjudicated his appeal, and this case is now moot.

//

//

//

//

//

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 2:24-cv-01325-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 25th day of October, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | MEENA PALLIPAMU IMMIGRATION LAW PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email: michelle.lambert@usdoj.gov | *s/ Meena Pallipamu*<br>MEENA PALLIPAMU, WSBA #31870<br>4444 Woodland Park Ave. N., Ste. 203<br>Seattle, Washington 98103<br>Phone: (206) 419-7332<br>Email: meena@meenaimmigrationlaw.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 65 words, in compliance with the Local Civil Rules.*

[~~PROPOSED~~] ORDER

It is so ORDERED.  The case is dismissed without prejudice.

DATED this 25th day of October, 2024.

_____
TANA LIN
United States District Judge

STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER
[Case No. 2:24-cv-01325-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800